UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTROL LASER CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM FREDERICK SMITH,<br><br>　　　　　Defendant. | Case No. 21-cv-01869-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF Nos. 89, 90 |

　　　The parties have filed a stipulation and joint status report with a notice of settlement.  ECF Nos. 89, 90.  Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

　　　This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred by November 8, 2024.

　　　**IT IS SO ORDERED**.

Dated: July 18, 2024



　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　United States District Judge